O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA JANE BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RJM ACQUISITIONS LLC,<br><br>　　　　　Defendants. | Case No. EDCV 12-00724 VAP (OPx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**[Motion filed on October 18, 2012]** |

　　The Court has received and considered all papers filed in support of the Motion for Judgment on the Pleadings (Doc. No. 8) ("Motion") filed by Defendant RJM Acquisitions LLC ("Defendant").  The matter came before the Court for hearing on November 26, 2012.  Plaintiff Emma Jane Bryant did not appear.

　　On April 9, 2012, Plaintiff filed a Complaint in small claims court in the Superior Court of California, County of Riverside, alleging that Defendant violated the Fair Credit Reporting Act.  (See Ex. A to Not. of Removal.)

1     On May 7, 2012, Defendant filed a Notice of Removal,
2 removing the action to this Court pursuant to federal
3 question jurisdiction. (See Not. of Removal (Doc. No.
4 1).)
5
6     Defendant filed their Motion on October 18, 2012, to
7 be heard on November 26, 2012. Under Local Rule 7-9, a
8 party must file opposition papers no later than 21 days
9 before the date designated for the hearing of the motion.
10 Plaintiff filed no timely opposition. Under Local Rule
11 7-12, the Court finds Plaintiff has consented to granting
12 the Motion. The Court GRANTS judgment in favor of
13 Defendant.
14
15
16 Dated: <u>November 27, 2012</u>
17                               VIRGINIA A. PHILLIPS
                              United States District Judge