JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA JANE BRYANT,<br><br>  Plaintiff,<br><br>  v.<br><br>RJM ACQUISITIONS LLC,<br><br>  Defendants. | Case No. EDCV 12-00724 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant.  The Court orders that such judgment be entered.

Dated: November 27, 2012

                                    *Virginia A. Phillips*
                                    VIRGINIA A. PHILLIPS
                                    United States District Judge